# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HELEN B. YARDLEY,** | |
| Plaintiff, | **8:25CV348** |
| vs. | |
| **OPEN RANGE BEEF, LLC, a Delaware corporation;** | **ORDER** |
| Defendant. | |

Counsel for the parties have advised the court that mediation has been scheduled for February 25, 2026, with Rob Keith. Accordingly,

**IT IS ORDERED**:

1. All remaining case progression deadlines are stayed, and all hearings are terminated, pending the outcome of mediation.

2. On or before **March 4, 2026**, the parties shall notify the Court regarding the outcome of mediation.

3. If mediation is unsuccessful, the parties shall provide the undersigned magistrate judge with a proposed schedule for reinstatement of case progression deadlines within 14-days after mediation takes place.

Dated this 8th day of January, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge