# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HELEN B. YARDLEY,<br><br>　　　　　**Plaintiff,**<br><br>　vs.<br><br>OPEN RANGE BEEF, LLC, a Delaware Corporation;<br><br>　　　　　**Defendant.** | **8:25CV348**<br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **June 8, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 22nd day of April, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge