IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HELEN B. YARDLEY,<br><br>Plaintiff,<br><br>vs.<br><br>OPEN RANGE BEEF, LLC, a Delaware corporation,<br><br>Defendant. | **8:25CV348**<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

This case is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice. Filing 30. The parties stipulate to dismissal of this matter with prejudice with each party to bear its own costs and attorney's fees. Filing 30 at 1. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation of Dismissal With Prejudice. Filing 30. is accepted, and this matter is dismissed with prejudice and with each party to bear its own costs and attorney's fees.

The Clerk of Court shall close the case.

Dated this 28th day of September, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge